1038

[No. 68874-0-I.  Division One.  April 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK ANTHONY STILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 10-1-01331-1, Charles R. Snyder, J., entered June 1, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Verellen, A.C.J., and Becker, J.

[No. 69076-1-I.  Division One.  April 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. VLADIMIR V. MISHKOV, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-06867-2, Jay V. White, J., entered July 20, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Verellen, A.C.J., and Becker, J.

[No. 69123-6-I.  Division One.  April 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIAL M. MONROE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-01590-9, Barbara Linde, J., entered June 29, 2012. *Affirmed* by unpublished opinion per Lau, J., concurred in by Appelwick and Leach, JJ.

[No. 69269-1-I.  Division One.  April 28, 2014.]

SANDRA K. OLSEN, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-01047-1, Hollis R. Hill, J., entered November 16, 2012. *Affirmed* by unpublished opinion per Leach, J., concurred in by Appelwick and Lau, JJ.